**No 46057.**—Protest 991831–G of Goldfarb Novelty Co. (New York).

Opinion by KEEFE, J. From the evidence it was found that the merchandise consists of earthenware and is therefore properly dutiable at 50 percent ad valorem and 10 cents per dozen pieces under paragraph 211 as claimed.